UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>AURIYON TRESAN RAYFORD,<br><br>Defendant. | CASE NO. 3:25-mj-0364<br><br>MAGISTRATE JUDGE SILVAIN |

### SEALED ORDER TO SEAL

The United States having moved to seal the Complaint Packet and Arrest Warrant in this case, and the Court being duly advised in the premises;

IT IS HEREBY ORDERED that those documents, as well as the Government's motion and this Order, be sealed and not be opened unless by further Order of this Court. To comply with Federal Rule of Criminal Procedure 5, the United States, however, may provide copies of the Complaint Packet to the defendant and his counsel.

8/21/25
DATE

_____
UNITED STATES MAGISTRATE JUDGE