AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

Southern District of Ohio

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. |
| Auriyon Tresean Rayford | ) | **3:25 mj 0364** |
| | ) | |
| | ) | MAGISTRATE JUDGE SILVAIN |
| *Defendant* | ) | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Auriyon Tresean Rayford

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Title 21, United States Code, §§ 846 and 841(b)(1)(A) (knowing and intentional conspiracy to possess with intent to distribute and to distribute controlled substances – namely, 400 grams of a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance)

Title 18, United States Code, § 1956(h) (conspiracy to transmit or transfer funds from a place in the United States to or through a place outside of the United States for with the intent to promote the carrying on of specified unlawful activity).

Date: 8/21/25

*Issuing officer's signature*

City and state:   Dayton, Ohio

United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 21 Aug 25, and the person was arrested on *(date)* 22 Aug 25
at *(city and state)* Tipp City, OH

Date: 22 Aug 25

*Arresting officer's signature*

Jordan Gula, SA, FBI
*Printed name and title*